**Wisconsin Lime & Cement Company, v. The Mutual Tailoring Company et al.    The Mutual Tailoring Company, appellee, v. Wisconsin Lime & Cement Company et al., on appeal of George A. Hendrich Company, appellant.    Gen. No. 28,731.**

Bills to enforce mechanics' liens.    Decree for complainant.    Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1923.    Affirmed.    Opinion filed June 25, 1924.

Frisch & Frisch, for appellant; Morris Frisch and Douglas C. Gregg, of counsel.    Joseph Rosenberg, for appellee; Benjamin Rosenberg, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Atwood-Stewart Vacuum Machine Company, appellee, v. Bayuk Brothers, Inc., appellant.    Gen. No. 28,799.**

Action to recover contract price for installing vacuum cleaner system.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1923.    Affirmed.    Opinion filed June 25, 1924.    *Certiorari* denied by Supreme Court (making opinion final).

Culver, Andrews & King, for appellant.    Johnson, Moran, Paltzer & O'Donnell, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Mercantile Commercial Bank, appellee, v. Edgar C. Smith and Jacob Handelsman, appellants.    Gen. No. 28,984.** ·

Action upon promissory notes.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1923.    Affirmed.    Opinion filed June 25, 1924.    *Certiorari* denied by Supreme Court (making opinion final).

Bernard J. Brown, for appellants; Brown, Alschuler & Reagh, of counsel.    West & Eckhart and Funkhouser, Funkhouser & Markel, for appellee; William Rothmann and William L. Bourland, of counsel.

Mr. Justice Thomson delivered the opinion of the court.